**UNDER SEAL**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ROBERT MUTUA MULI<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19-mj-172<br><br>**UNDER SEAL** |

FILED APR 11 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 2018 through September 2018** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit wire fraud (18:1343) and money laundering (18:1957) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

AUSA Uzo Asonye / SAUSA Anthony Mariano

*Complainant's signature*

Jeffrey L. Schurott, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 11, 2019

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. John F. Anderson, United States Magistrate Judge
*Printed name and title*