AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 1:19-CR-186-LO |
| | ) | |
| ROBERT MUTUA MULI | ) | |
| Defendant | ) | |

*FILED IN OPEN COURT*
*JUN 17 2019*
*CLERK, U.S. DISTRICT, ALEXANDRIA, VA*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6-11-19

_____
Defendant's signature

_____
Signature of defendant's attorney

Kevin E. Wilson
Printed name of defendant's attorney

/s/
Liam O'Grady
United States District Judge
Judge's signature

_____
Judge's printed name and title